

FILED
SEP 1 6 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT JUDGE ADAMS |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 4:21 CR 653 |
| AUSTIN CAMPBELL, | ) | Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi) |
| Defendant. | ) | |

COUNT 1
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

The Grand Jury further charges:

1. On or about April 20, 2021, Defendant AUSTIN CAMPBELL knowingly and intentionally possessed with intent to distribute a mixture and substance containing 40 grams or more of a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

FORFEITURE

The Grand Jury further charges:

2. The allegation of Count 1, inclusive is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code,

Section 853. As a result of the foregoing offense Defendant AUSTIN CAMPBELL shall forfeit to the United States any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the said violation; and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the said violation.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.